| | |
|---|---|
| 1 | Usama Kahf (SBN 266443) |
|   | E-Mail:  ukahf@fisherphillips.com |
| 2 | Andrew E. Saxon (SBN 227344) |
|   | E-Mail:  asaxon@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
|   | 2050 Main Street, Suite 1000 |
| 4 | Irvine, California 92614 |
|   | Telephone: (949) 851-2424 |
| 5 | Facsimile:  (949) 851-0152 |
| 6 | Attorneys for Plaintiff |
|   | KEENAN & ASSOCIATES |
| 7 | |
| 8 | Howard D. Ruddell (SBN 281510) |
|   | E-Mail:  hruddell@mooreruddell.com |
| 9 | MOORE RUDDELL LLP |
|   | 21250 Hawthorne Blvd., Suite 500 |
| 10 | Torrance, California 90503 |
|    | Telephone: (323) 792-7010 |
| 11 | Facsimile:  (323) 530-1113 |
| 12 | Attorneys for Defendants |
|    | ABD INSURANCE AND FINANCIAL SERVICES, INC. dba |
| 13 | NEWFRONT; and KEITH BROWN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN & ASSOCIATES, | | Case No:   2:22-cv-00669-KJM-KJN |
| Plaintiff, | | |
| v. | | **JOINT STIPULATION FOR EXTENSION RE: STIPULATED TEMPORARY RESTRAINING ORDER; ORDER** |
| ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT, a Delaware corporation; KEITH BROWN, an individual, | | |
| Defendant. | | |

**JOINT STIPULATION FOR EXTENSION RE: TEMPORARY RESTRAINING ORDER**

WHEREAS, on April 15, 2022, Plaintiff Keenan & Associates ("Keenan" or "Plaintiff") filed the above captioned action ("Action") against Defendants ABD Insurance and Financial Services, Inc. dba Newfront ("Newfront") and Keith Brown ("Brown") (Newfront and Brown are collectively, "Defendants"; Keenan and Defendants are collectively, the "Parties");

WHEREAS, on April 15, 2022, Keenan filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and for Expedited Discovery [Dkt. # 6, 7] (the "TRO Motion");

WHEREAS, on April 21, 2022, the Court entered a "Joint Stipulation re: Temporary Restraining Order" [Dkt. #13] (hereafter, "Stipulated TRO") pursuant to the terms of the parties' stipulation submitted on April 19, 2022 [Dkt. #10];

WHEREAS, pursuant to the Stipulated TRO, the Parties have entered into a forensic protocol agreement and commenced review of certain devices and accounts—a review that is ongoing;

WHEREAS, in paragraph 8 of the Stipulated TRO, the Parties agreed that they would file a joint status report to inform the Court whether a preliminary injunction hearing should be scheduled, and that this joint status report would be filed by "no later than Friday May 13, 2022 unless the Parties stipulate to an extension of this deadline" (Stipulated TRO, ¶ 8); and

WHEREAS, the Parties agree to stipulate to a three-week extension to the May 13, 2022 deadline set forth in paragraph 8 of the Stipulated TRO.

NOW THEREFORE, the Parties stipulate and agree to the following terms as forth herein and request that the Court enter an Order reflecting those terms:

1.  The deadline of May 13, 2022 set forth in paragraph 8 of the Stipulated TRO is hereby extended until June 3, 2022.  As such, and unless the Parties stipulate to another extension of this deadline, by no later than Friday June 3, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled. If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

2. Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

**SO STIPULATED.**

Dated: May 13, 2022                    FISHER & PHILLIPS LLP

By: /s/ *Andrew E. Saxon*
Usama Kahf
Andrew E. Saxon
Attorneys for Plaintiff
KEENAN & ASSOCIATES


Dated: May 13, 2022                    MOORE RUDDELL LLP

By: /s/ *Howard D. Ruddell* (as authorized on 5/13/2022)
Howard D. Ruddell
Attorney for Defendants
ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT; KEITH BROWN


**IT IS SO ORDERED.**

DATED: May 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE