Usama Kahf (SBN 266443)
E-Mail:  ukahf@fisherphillips.com
Andrew E. Saxon (SBN 227344)
E-Mail:  asaxon@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile:  (949) 851-0152

Attorneys for Plaintiff
KEENAN & ASSOCIATES


Howard D. Ruddell (SBN 281510)
E-Mail:  hruddell@mooreruddell.com
MOORE RUDDELL LLP
21250 Hawthorne Blvd., Suite 500
Torrance, California 90503
Telephone: (323) 792-7010
Facsimile:  (323) 530-1113

Attorneys for Defendants
ABD INSURANCE AND FINANCIAL SERVICES, INC. dba
NEWFRONT; and KEITH BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KEENAN & ASSOCIATES,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT, a Delaware corporation; KEITH BROWN, an individual,<br><br>                    Defendant. | Case No:   2:22-cv-00669-KJM-KJN<br><br>**JOINT STIPULATION FOR EXTENSION RE: STIPULATED TEMPORARY RESTRAINING ORDER; ORDER** |

**JOINT STIPULATION FOR EXTENSION RE: TEMPORARY RESTRAINING ORDER**

WHEREAS, on April 15, 2022, Plaintiff Keenan & Associates ("Keenan" or "Plaintiff") filed the above captioned action ("Action") against Defendants ABD Insurance and Financial Services, Inc. dba Newfront ("Newfront") and Keith Brown ("Brown") (Newfront and Brown are collectively, "Defendants"; Keenan and Defendants are collectively, the "Parties");

WHEREAS, on April 15, 2022, Keenan filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and for Expedited Discovery [Dkt. # 6, 7] (the "TRO Motion");

WHEREAS, on April 21, 2022, the Court entered a "Joint Stipulation re: Temporary Restraining Order" [Dkt. #13] (hereafter, "Stipulated TRO") pursuant to the terms of the parties' stipulation submitted on April 19, 2022 [Dkt. #10];

WHEREAS, pursuant to the Stipulated TRO, the Parties have entered into a forensic protocol agreement and commenced review of certain devices and accounts—a review that is ongoing;

WHEREAS, there is currently a June 24 deadline ("Joint Report Deadline") for the Parties to file a joint status report to inform the Court whether a preliminary injunction hearing should be scheduled. The Joint Report Deadline was initially agreed to in paragraph 8 of the Stipulated TRO, which scheduled the original Joint Report Deadline to be on May 13 "unless the Parties stipulate to an extension of this deadline" (Stipulated TRO, ¶ 8).  The May 13 deadline has been extended twice pursuant to stipulations submitted by the parties for extensions to the Joint Report Deadline [Dkts. # 16, 20], with the current June 24 Joint Report Deadline entered by the Court's order, Dkt. #21 ("Order re Joint Report Deadline"); and

WHEREAS, the Parties have at all times diligently pursued each aspect of the forensic discovery to which they agreed in the forensic protocol agreement.  However, the forensic discovery is still not complete, with additional forensics required on various data sources – all of which is in process.  These forensics will help determine whether there is need for further expedited discovery and/or need for scheduling a preliminary injunction hearing, and the Parties therefore stipulate to a one-month extension to the Joint Report Deadline for completion of the forensics discovery;

///

NOW THEREFORE, the Parties stipulate and agree to the following terms as forth herein and request that the Court enter an Order reflecting those terms:

1.      The deadline of June 24, 2022 set forth in paragraph 1 of the Order re Joint Report Deadline [Dkt. 21], is hereby continued until July 25, 2022.  As such, and unless the Parties stipulate to another extension of this deadline, by no later than July 25, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled. If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

2.      Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

**SO STIPULATED.**

Dated: June 23, 2022                              FISHER & PHILLIPS LLP

                                             By:   /s/ Andrew Saxon
                                                   Usama Kahf
                                                   Andrew E. Saxon
                                                   Attorneys for Plaintiff
                                                   KEENAN & ASSOCIATES


Dated: June 23, 2022                              MOORE RUDDELL LLP

                                             By:   /s/Howard D. Ruddell
                                                   (as authorized on 6/23/22)
                                                   Howard D. Ruddell
                                                   Attorney for Defendants
                                                   ABD INSURANCE AND FINANCIAL
                                                   SERVICES, INC. dba NEWFRONT; KEITH
                                                   BROWN

         **IT IS SO ORDERED.**

DATED: June 24, 2022.


CHIEF UNITED STATES DISTRICT JUDGE