Usama Kahf (SBN 266443)
E-Mail: ukahf@fisherphillips.com
Andrew E. Saxon (SBN 227344)
E-Mail: asaxon@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Plaintiff
KEENAN & ASSOCIATES


Howard D. Ruddell (SBN 281510)
E-Mail: hruddell@mooreruddell.com
MOORE RUDDELL LLP
21250 Hawthorne Blvd., Suite 500
Torrance, California 90503
Telephone: (323) 792-7010
Facsimile: (323) 530-1113

Attorneys for Defendants
ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT; and KEITH BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN & ASSOCIATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT, a Delaware corporation; KEITH BROWN, an individual,<br><br>　　　　　Defendant. | Case No:  2:22-cv-00669-KJM-KJN<br><br>**JOINT STIPULATION FOR**<br><br>　**(1) EXTENSION RE: STIPULATED TEMPORARY RESTRAINING ORDER;**<br><br>　**(2) EXTENSION TO THE AUGUST 25, 2022 STATUS (PRETRIAL SCHEDULING) CONFERENCE;**<br><br>**AND [PROPOSED] ORDER** |

**JOINT STIPULATION FOR:**
**(1) EXTENSION RE: TEMPORARY RESTRAINING ORDER; AND**
**(2) EXTENSION TO THE AUGUST 25, 2022 STATUS PRETRIAL SCHEDULING CONFERENCE**

WHEREAS, on April 15, 2022, Plaintiff Keenan & Associates ("Keenan" or "Plaintiff") filed the above captioned action ("Action") against Defendants ABD Insurance and Financial Services, Inc. dba Newfront ("Newfront") and Keith Brown ("Brown") (Newfront and Brown are collectively, "Defendants"; Keenan and Defendants are collectively, the "Parties");

WHEREAS, on April 15, 2022, Keenan filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and for Expedited Discovery [Dkt. # 6, 7] (the "TRO Motion");

WHEREAS, on April 21, 2022, the Court entered a "Joint Stipulation re: Temporary Restraining Order" [Dkt. #13] (hereafter, "Stipulated TRO") pursuant to the terms of the parties' stipulation submitted on April 19, 2022 [Dkt. #10];

WHEREAS, on June 24, 2022, the Court entered a "Joint Stipulation for Extension re: Stipulated Temporary Restraining Order" [Dkt. #23] (hereinafter, "Stipulated Extension") pursuant to the terms of the parties' stipulation submitted on June 23, 2022 [Dkt. #22];

WHEREAS, pursuant to the Stipulated TRO, the Parties have entered into a forensic protocol agreement and commenced review of certain devices and accounts;

WHEREAS, there is currently a July 25 deadline ("Joint Report Deadline") for the Parties to file a joint status report to inform the Court whether a preliminary injunction hearing should be scheduled. The Joint Report Deadline was initially agreed to in paragraph 8 of the Stipulated TRO, which scheduled the original Joint Report Deadline to be on May 13 "unless the Parties stipulate to an extension of this deadline" (Stipulated TRO, ¶ 8). The May 13 deadline has been extended pursuant to stipulations submitted by the Parties for extensions to the Joint Report Deadline [Dkts. # 16, 20, and 22], with the current July 25 Joint Report Deadline entered by the Court's order, Dkt. #23 ("Order re Stipulated Extension");

WHEREAS, the Parties have at all times diligently pursued each aspect of the forensic discovery to which they agreed in the forensic protocol agreement. However, the forensic discovery remains

incomplete, with the Parties diligently working on what is left in the forensic discovery. At this time, the Parties are also discussing potential limited discovery to supplement the parties' forensic protocol agreement, with the contemplated discovery to be completed by the end of August 2022, at which time the Parties will be prepared to submit a Joint Report on whether Plaintiff will be requesting a briefing schedule for a preliminary injunction motion. The Parties therefore stipulate to a one-month extension, until August 29, 2022 ("Stipulated Extension Date") to the Joint Report Deadline; and

  WHEREAS, there is currently an August 25, 2022 Status (Pretrial Scheduling) Conference ("Status Conference") for the Parties. [Dkt. #4]. As a result of the timing of the upcoming status conference, the Parties' Rule 26(f) scheduling conference, initial disclosures and a discovery plan will be due in August and prior to the date by which the parties jointly anticipate completion of the forensic discovery. As noted above, it is this forensic discovery (and additional discovery being discussed) that will determine whether Plaintiff will pursue a preliminary injunction. As a result, the parties agree that it would best serve the interests of efficiency and judicial economy for the Court to reschedule the Status (Pretrial Scheduling) Conference – and all associated Rule 26 dates – to a date following the Joint Report Deadline. Because the Parties hereby stipulate that the Joint Report Deadline be continued until August 29, the Parties request the Court continue the Status (Pretrial Scheduling) Conference to a date in October or thereafter, at the Court's convenience.

  NOW THEREFORE, the Parties stipulate and agree to the following terms as forth herein and request that the Court enter an Order reflecting those terms:

  1. The deadline of July 25, 2022 set forth in paragraph 1 of the Order re Stipulated Extension [Dkt. #23], is hereby continued until August 29, 2022. As such, and unless the Parties stipulate to another extension of this deadline, by no later than August 29, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled. If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

///

///

2. The August 25, 2022 Status (Pretrial Scheduling) Conference [Dkt. #4], and associated FRCP Rule 26 dates, is hereby continued until **October 6, 2022 at 2:30 p.m.** or at a later date at the court's convenience.

3. Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

**SO STIPULATED.**

Dated: July 25, 2022                    FISHER & PHILLIPS LLP

By: */s/ Andrew Saxon*
Usama Kahf
Andrew E. Saxon
Attorneys for Plaintiff
KEENAN & ASSOCIATES


Dated: July 25, 2022                    MOORE RUDDELL LLP

By: */s/ Howard D. Ruddell*
(as authorized on 7/25/22)
Howard D. Ruddell
Attorney for Defendants
ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT; KEITH BROWN

**IT IS SO ORDERED that:**

1. The deadline of July 25, 2022 set forth in paragraph 1 of the Order re Stipulated Extension [Dkt. #23], is hereby continued until August 29, 2022. As such, and unless the Parties stipulate to another extension of this deadline, by no later than August 29, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled. If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

2. The August 25, 2022 Status (Pretrial Scheduling) Conference [Dkt. #4], and associated FRCP Rule 26 dates, is hereby continued until October 6, 2022 at 2:30 p.m.

/////

3. Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

DATED: August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California in the office of a member of the bar of this Court whose direction the following service was made. I am over the age of 18 and I am not a party to this action. My business address 1 Montgomery Street, Suite 3400, San Francisco, CA 94104.

On the date set forth below, I served the foregoing document entitled **JOINT STIPULATION FOR (1) EXTENSION RE: STIPULATED TEMPORARY RESTRAINING ORDER; (2) EXTENSION TO THE AUGUST 25, 2022 STATUS CONFERENCE; [PROPOSED] ORDER** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Howard D. Ruddell, Esq, <br> MOORE RUDDELL LLP <br> 21250 Hawthorne Blvd., Suite 500 <br> Torrance, CA 90503 | *Attorneys for Defendant* <br> ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT; and KEITH BROWN <br><br> Telephone: (310) 792-7010 <br> Fax: (310) 530-1113 <br> E-Mail: hruddell@mooreruddell.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 2, 2022 at San Francisco, California.

| Jessica Ortiz | By: | */s/ Jessica Ortiz* |
|---|---|---|
| Print Name | | Signature |