1  Usama Kahf (SBN 266443)
   E-Mail: ukahf@fisherphillips.com
2  Andrew E. Saxon (SBN 227344)
   E-Mail: asaxon@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  Attorneys for Plaintiff
   KEENAN & ASSOCIATES
7

8  Howard D. Ruddell (SBN 281510)
   E-Mail: hruddell@mooreruddell.com
9  MOORE RUDDELL LLP
   21250 Hawthorne Blvd., Suite 500
10 Torrance, California 90503
   Telephone: (323) 792-7010
11 Facsimile: (323) 530-1113

12 Attorneys for Defendants
   ABD INSURANCE AND FINANCIAL SERVICES, INC. dba
13 NEWFRONT; and KEITH BROWN

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17
   | KEENAN & ASSOCIATES, | Case No: 2:22-cv-00669-KJM-KJN |
18 | Plaintiff, | **JOINT STIPULATION FOR** |
19 | v. | (1) **EXTENSION RE: STIPULATED TEMPORARY RESTRAINING ORDER;** |
20 | ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT, a Delaware corporation; KEITH BROWN, an individual, | (2) **EXTENSION TO THE OCTOBER 6, 2022 STATUS (PRETRIAL SCHEDULING) CONFERENCE;** |
21 | Defendant. | **AND ORDER** |

1
JOINT STIPULATION FOR EXTENSIONS RE: STIPULATED TEMPORARY RESTRAINING ORDER
& STATUS CONFERENCE; ORDER

Error! Unknown document property name.

**JOINT STIPULATION FOR:**
**(1) EXTENSION RE: TEMPORARY RESTRAINING ORDER; AND**
**(2) EXTENSION TO THE OCT. 6, 2022 STATUS PRETRIAL SCHEDULING CONFERENCE**

WHEREAS, on April 15, 2022, Plaintiff Keenan & Associates ("Keenan" or "Plaintiff") filed the above captioned action ("Action") against Defendants ABD Insurance and Financial Services, Inc. dba Newfront ("Newfront") and Keith Brown ("Brown") (Newfront and Brown are collectively, "Defendants"; Keenan and Defendants are collectively, the "Parties");

WHEREAS, on April 15, 2022, Keenan filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and for Expedited Discovery [Dkt. # 6, 7] (the "TRO Motion");

WHEREAS, on April 21, 2022, the Court entered a "Joint Stipulation re: Temporary Restraining Order" [Dkt. #13] (hereafter, "Stipulated TRO") pursuant to the terms of the parties' stipulation submitted on April 19, 2022 [Dkt. #10];

WHEREAS, on June 24, 2022, the Court entered a "Joint Stipulation for Extension re: Stipulated Temporary Restraining Order" [Dkt. #23] (hereinafter, "Stipulated Extension") pursuant to the terms of the parties' stipulation submitted on June 23, 2022 [Dkt. #22];

WHEREAS, pursuant to the Stipulated TRO, the Parties entered into a forensic protocol agreement and conducted a forensic review of certain data devices and accounts;

WHEREAS, there is currently an August 29 deadline ("Joint Report Deadline") for the Parties to file a joint status report to inform the Court whether a preliminary injunction hearing should be scheduled. The Joint Report Deadline was initially agreed to in paragraph 8 of the Stipulated TRO, which scheduled the original Joint Report Deadline to be on May 13 "unless the Parties stipulate to an extension of this deadline" (Stipulated TRO, ¶ 8). The May 13 deadline has been extended pursuant to stipulations submitted by the Parties for extensions to the Joint Report Deadline [Dkts. # 16, 20, 22, and 25], with the current August 29 Joint Report Deadline entered by the Court's order, Dkt. #25 ("Order re Stipulated Extension");

WHEREAS, the Parties are at the tail end of completing the final steps agreed upon in the parties' forensic protocol agreement. As soon as this process is complete, the parties will report back to the court on next steps. Further, the completion of these final steps will conclude the forensic effort and will

impact the determination as to how the case will proceed.  The parties believe an additional 30 days will provide sufficient time for the parties to complete these final steps.  The parties expect this to be the last extension because they are in the final stages of the process agreed upon as part of the parties' forensic protocol agreement.  Therefore, the parties stipulate and request an extension to the Joint Report Deadline of 30 days, until September 28, 2022 ("Stipulated Extension Date") to the Joint Report Deadline;

WHEREAS, there is currently an October 6 Status (Pretrial Scheduling) Conference ("Status Conference") for the Parties.  As a result of the timing of the upcoming status conference, the Parties' Rule 26(f) scheduling conference, initial disclosures and a discovery plan will be due in September and prior to the date by which the parties jointly anticipate completion of the remediation steps in the forensic discovery.  The parties agree that it would best serve the interests of efficiency and judicial economy for the Court to reschedule the Status (Pretrial Scheduling) Conference – and all associated Rule 26 dates – to a date following the Joint Report Deadline.  Because the Parties hereby stipulate that the Joint Report Deadline be continued until September 28, the Parties request the Court continue the Status (Pretrial Scheduling) Conference to a date in November or thereafter, at the Court's convenience.

NOW THEREFORE, the Parties stipulate and agree to the following terms as forth herein and request that the Court enter an Order reflecting those terms:

1. The deadline of August 29, 2022 set forth in paragraph 1 of the Order re Stipulated Extension [Dkt. #25], is hereby continued until September 28, 2022.  As such, and unless the Parties stipulate to another extension of this deadline, by no later than September 28, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled.  If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

2. The October 6, 2022 Status (Pretrial Scheduling) Conference [Dkt. #4, 25], and associated FRCP Rule 26 dates, is hereby continued until November 10, 2022 at 2:30 p.m. or at a later date at the court's convenience.  _____

///

3. Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

**SO STIPULATED.**

Dated:  August 29, 2022					FISHER & PHILLIPS LLP

							By:  /s/ Andrew Saxon
							Usama Kahf
							Andrew E. Saxon
							Attorneys for Plaintiff
							KEENAN & ASSOCIATES


Dated: August 29, 2022					MOORE RUDDELL LLP

							By:  /s/ Howard Ruddell
							(as authorized on 8/29/22)
							Howard D. Ruddell
							Attorney for Defendants
							ABD INSURANCE AND FINANCIAL SERVICES, INC. dba NEWFRONT; KEITH BROWN


**IT IS SO ORDERED that:**

1. The deadline of August 29, 2022 set forth in paragraph 1 of the Order re Stipulated Extension [Dkt. #25], is hereby continued until September 28, 2022.  As such, and unless the Parties stipulate to another extension of this deadline, by no later than September 28, 2022, the Parties shall file a joint status report informing the Court whether a preliminary injunction hearing should be scheduled.  If the Parties inform the Court that Plaintiff will proceed with its motion for preliminary injunction, then the Parties shall in the joint status report submit a proposed briefing schedule and a proposed hearing date with two alternative dates the Parties and counsel are available.

2. The October 6, 2022 Status (Pretrial Scheduling) Conference [Dkt. #4, 25], and associated FRCP Rule 26 dates, is hereby continued until November 17, 2022 at 2:30 p.m.

3. Except as set forth above, all terms of the Stipulated TRO shall remain in full force and effect.

DATED:  September 1, 2022.

							_____
							CHIEF UNITED STATES DISTRICT JUDGE